In the Matter of the Accounting of OWEN J. MALONE, as Administrator of the Estate of CATHERINE GRIMES, Deceased.

FREDERICK W. LAW, as Executor of JOHN NOLAN, Deceased, Appellant; THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Matter of Malone* (*Grimes*), 142 App. Div. 912, affirmed.
(Argued March 27, 1911; decided April 25, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 12, 1910, which dismissed an appeal from a decree of the Albany county Surrogate's Court settling the accounts of Owen J. Malone, as administrator of the estate of Catherine Grimes, deceased.

*James F. Tracey* and *Eugene D. Flanigan* for appellant.

*Thomas Carmody, Attorney-General* (*Wilbur W. Chambers* of counsel), for respondent.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, CHASE and COLLIN, JJ. Not voting: VANN, J.